MCGREGOR W. SCOTT
United States Attorney
DEBORAH L. STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
BEN A. PORTER, WSBN 14195
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8979
Facsimile: (415) 744-0134
E-Mail: Ben.Porter@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| LOUISE PACHECO PANCHAL, | Case No.: **1:18-cv-00526-JDP** |
| Plaintiff, | **STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME TO FILE CERTIFIED ADMINSITRATIVE RECORD** |
| v. | |
| NANCY A. BERRYHILL Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, that the time for Defendant to file the Certified Administrative Record (CAR) in lieu of Answer be extended forty-three (43) days from September 13, 2018, until and including October 26, 2018. This is Defendant's first request for an extension of

Stipulation & Proposed Order Extension - 1:18-cv-00526-JDP

1

time. The Defendant has located and granted Plaintiff's request for Extension of Time to file her complaint in Federal district court. In addition, the CAR has been prepared and is available to be filed with the Court by the United States Attorney's Office. The extension is needed for Defendant to withdraw her Motion to Dismiss and file the CAR with the Court in order that the case may proceed. All subsequent due dates are to be adjusted accordingly.

Defendant apologizes to the Court, Plaintiff and Plaintiff's counsel for any inconvenience caused by this delay.

Dated: October 26, 2018  */s/ Shellie Lott*
SHELLIE LOTT
(As authorized via e-mail on October 26, 2018)
Attorney for Plaintiff


Dated: October 26, 2018  Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney
DEBORAH L. STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:  /s/ *Ben A. Porter*
BEN A. PORTER
Special Assistant U.S. Attorney

Attorneys for Defendant

IT IS SO ORDERED.

Dated:     October 29, 2018

_____
UNITED STATES MAGISTRATE JUDGE